JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WOLONG AMERICA HOLDING LLC and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. EDCV 22-2042-GW-KKx<br><br>**JUDGMENT**<br><br>Judge: Hon. George H. Wu<br>Ctrm: 9D, 9th Fl.<br>Hearing Date: July 10, 2023<br>Hearing Time: 8:30 a.m.<br><br>Complaint: November 17, 2022 |

　　On July 10, 2023, the Court, having considered the motion by Plaintiff Zurich American Insurance Company to enter default judgment as to the first cause of action for breach of contract in its First Amended Complaint against Defendant Wolong America Holding LLC and finding just cause therefor, adopted the Court's tentative ruling granting the motion, and now enters judgment as follows:

　　Judgment is entered in favor of Plaintiff Zurich American Insurance Company and against Defendant Wolong America Holding LLC on the first cause of action for breach of contract in the First Amended Complaint for $405,533.56 (consisting of $369,027.67 in principal damages for unpaid insurance premiums, $35,787.89 in prejudgment interest, and $627.00 in costs).

The second cause of action for breach of contract for specific performance in the First Amended Complaint is dismissed without prejudice. Defendant Does 1-10 are dismissed without prejudice.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: July 12, 2023

By: _____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE